| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gertner, Nancy | 2. Court or Organization<br><br>U.S. District Court - MA | 3. Date of Report<br><br>07/30/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>John Joseph Moakley U.S. Court<br>1 Courthouse Way, Ste. 4130<br>Boston MA 02210 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Petra Foundation (a non-profit foundation) |
| 2. Instructor | Yale Law School |
| 3. Guest Instructor | Monash University, Prato, Italy campus |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Dwyer, Collora & Gertner: Partnership Agreement |
| 2. 1987 | Silverglate, Gertner, Fine & Good: Partnership Agreement |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2009 | Yale Law School; teaching sentencing seminar, spring and fall semesters. | $26,550.00 |
| 2. | 2009 | Helen Rees Literary Agency; advance of book sales | $3,334.00 |
| 3. | 2009 | West Publishing, book royalites | $8,747.04 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | American Civil Liberties Union of Massachusetts salary |
| 2. | 2009 | American Civil Liberties Union of Massachusetts deferred annuity |
| 3. | 2009 | Suffolk University Law School |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Law School, New Haven, CT | spring & fall semesters | New Haven, CT | Taught once a week | Travel, sometimes lodging and meals |
| 2. | John Jay College of Crim. Justice | 2/2/09 | New York, NY | Panel re: sentencing | Travel, lodging |
| 3. | American College of Trial Lawyers | 2/26-3/1/09 | San Juan, Puerto Rico | Judicial panel re Constitutional issues | Travel, lodging, meals |
| 4. | American College of Trial Lawyers - Spouse | 2/26-3/1/09 | San Juan, Puerto Rico | Panel re Constitutional issues | Travel, lodging, meals |
| 5. | Yale Law School | 3/27/09 | New Haven, CT | Keynote speech Yale Law Women | Travel, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/30/2010 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Maine State Bar, Women's Law Section | 4/29/09 | Portland, ME | Speech | Travel |
| 7. | Monash University, Prato, Italy | 5/3-14/09 | Prato, Italy | Teaching | Travel, lodging, meals |
| 8. | Yale Law School | 6/24/09 | Washington, DC | Sentencing symposium | Travel |
| 9. | Charles Hamilton Houston Institute for Race & Justice @ Harvard Law Sch. | 8/11-12/09 | Martha's Vineyard, MA | Panel | Travel, lodging, meals |
| 10. | Hispanic National Bar Assoc. | 9/2-3/09 | San Juan, Puerto Rico | Spoke at 1st Judicial Summit | Travel, lodging, meals |
| 11. | National Assoc. of Crim. Defense Lawyers | 10/1/09 | New York, NY | White Collar Crime Conf | Travel, lodging |
| 12. | New York University | 10/12/09 | New York, NY | Speech w/my spouse | Travel, lodging, meals |
| 13. | New York University | 10/12/09 | New York, NY | w/my spouse | Travel, lodging, meals |
| 14. | Charles Hamilton Houston Inst. for Race & Justice @Harvard Law Sch. | 10/20-22/09 | White Oak Plantation, Florida | Retreat | Travel, lodging, meals |
| 15. | Cardozo School of Law | 11/14-16/09 | New York, NY | Taught at a conference | Travel, lodging, meals |
| 16. | Moritz College of Law at Ohio State Univ. | 11/16-18/09 | Columbus, OH | Symposium | Travel, lodging, meals |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/30/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Revolving Credit | J |
| 2. | Bank of America - Visa | Visa - Revolving Credit | K |
| 3. | ATT Universal Card | Revolving Credit | K |
| 4. | American Express Blue | Revolving Credit | J |
| 5. | RBS | Revolving Credit | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA ACCOUNT AT SCHWAB: | | | | | | | | | |
| 2. Permanent Portfolio Fund | A | Dividend | J | T | | | | | |
| 3. Schwab Money Market | A | Dividend | K | T | | | | | |
| 4. First Eagle Global Fund | A | Dividend | J | T | Buy | 11/30/09 | J | | |
| 5. Oakmark Equity & Income | A | Dividend | J | T | | | | | |
| 6. Forester Value Fund | A | Dividend | J | T | Buy | 11/30/09 | J | | |
| 7. Appleseed Fund | A | Dividend | J | T | Buy | 12/08/09 | J | | |
| 8. BlackRock Global Alloc. Fund | A | Dividend | J | T | Buy | 12/08/09 | J | | |
| 9. | A | Dividend | J | T | Buy | 12/23/09 | J | | |
| 10. Vanguard Wellesley Income | | None | J | T | Buy | 12/23/09 | J | | |
| 11. SECOND IRA AT SCHWAB: | | | | | | | | | |
| 12. Schwab Money Mkt. (See Section VIII.)* | | None | J | T | | | | | |
| 13. Cash (See Section VIII.)* | A | Dividend | J | T | | | | | |
| 14. FPA Crescent Instl | A | Dividend | J | T | Sold (part) | 01/26/09 | J | | |
| 15. | A | Dividend | J | T | Buy | 11/30/09 | J | | |
| 16. Harbor Int'l. Fund | | None | | | Sold | 01/26/09 | J | | |
| 17. James Bal. Golden Rainbow | A | Dividend | J | T | Sold (part) | 01/26/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 - $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q - Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | A | Dividend | J | T | Buy | 11/30/09 | J | | |
| 19.   Permanent Portfolio Fund | A | Dividend | J | T | | | | | |
| 20.   Scout Int'l Fund | A | Dividend | J | T | Buy | 12/08/09 | J | | |
| 21.   Intrepid Small Cap Fund | A | Dividend | J | T | Buy | 12/08/09 | J | | |
| 22.   Forester Value Fund | | None | J | T | Buy | 12/23/09 | J | | |
| 23.   First Eagle Global Fund | | None | J | T | Buy | 12/23/09 | J | | |
| 24.   BROKERAGE ACCT. AT SCHWAB: | | | | | | | | | |
| 25.   Schwab Money Market (See Section VIII)* | | None | J | T | | | | | |
| 26.   Cash (See Section VIII)* | | None | J | T | | | | | |
| 27.   2ND BROKERAGE ACCT AT SCHWAB | | | | | | | | | |
| 28.   Schwab Money Market (See Section VIII)* | | None | J | T | | | | | |
| 29.   Cash (See Section VIII)* | | None | J | T | | | | | |
| 30.   Cisco Systems common stock | | None | J | T | | | | | |
| 31.   Oakmark Equity Income | A | Dividend | J | T | | | | | |
| 32.   Intentionally Blank | | | | | | | | | |
| 33.   Pkng., house rental, Brookline, MA** | E | Rent | K | W | | | | | |
| 34.   ▓▓▓ house, rental, Antrim, NH | D | Rent | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Permanent Portfolio Fund - moved to line 2*** | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I. Positions:
The Petra Foundation is a non-profit organization.

Part II. Agreements:
The partnership agreement with Dwyer, Collora & Gertner (now Dwyer & Collora) governs the partnership distribution (including capital contribution and fees) for legal services rendered before my induction on April 25, 1994. The partnership agreement with Silverglate, Gertner, Fine & Good governs fees generated during the partnership life (which ended in 1990) but received after its termination.

Part VII. Investments and Trusts
*Cash moves between money market and cash accounts, as purchases and sales of holdings are made. The money balance is held in a position actually called "Cash"; a position where funds are held.
**Rental of a parking space and the carriage house.
*** Moved to "IRA Account at Schwab" section, line 2 as it was in its original place in error.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF⬛⬛⬛UJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544